IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR449 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| -vs- | ) | |
| | ) | |
| JEREMY NANCE | ) | |
| a/k/a Frog, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Justin D. Eichmann, as a Criminal Justice Act training panel member, to assist in the defense of Jeremy Nance.

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, Justin D. Eichmann is hereby assigned to assist Dana C. Bradford, Criminal Justice Act panel attorney, in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Justin D. Eichmann shall not be eligible to receive compensation for services in this case.

Dana C. Bradford shall continue to be primary counsel on behalf of the Defendant, Jeremy Nance.

Dated: __12/19/08__

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE