IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JEREMY NANCE, )<br>)<br>Defendant. ) | Case No. 8:08CR449<br><br>ORDER |

This case is before the court on the defendant Jeremy Nance's Motion to Review Detention and Request for Evidentiary Hearing (#16). The motion is denied. The defendant's proposed plan for placement with a third-party custodian does not alleviate the court's concerns set out in the December 19, 2008 Detention Order (#11), nor does the plan present sufficient evidence to overcome the presumption of detention set out in 18 U.S.C. § 3142(e).

The defendant, given his age (23), has a significant criminal record including convictions for failure to appear, carrying a concealed weapon, and felony possession of a controlled substance. Additionally, on December 13, 2007, the defendant was terminated unsatisfactorily from the Douglas County Drug Program and sentenced to 18 months in prison.

**IT IS ORDERED** the defendant's Motion to Review Detention (#16) is denied without hearing.

Dated this 20th day of January 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge