# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR449 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | TENTATIVE FINDINGS |
| JEREMY NANCE, | ) ) | |
| Defendant. | ) | |

The Court has received the Revised Presentence Investigation Report ("PSR") and the Defendant's objections thereto (Filing No. 73). The government adopted the PSR (Filing No. 72). *See* Order on Sentencing Schedule, ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

The Defendant objects to the following paragraphs of the PSR: ¶¶ 33 and related paragraphs (drug quantity); ¶ 64 (information from Omaha Police).

## ¶¶ 33 - Drug Quantity

The objection will be heard at sentencing. The government has the burden of proof by a preponderance of the evidence.

## ¶ 64 - Information From Omaha Police

The Defendant asks that this information be stricken because it is not criminal history. The objection is denied for the reason stated in the Addendum to the PSR and because it does not affect the guideline calculation.

IT IS ORDERED:

1. The Defendant's objection to ¶ 64 of the PSR is denied;

2. The Defendant's objection to ¶ 33 will be heard at sentencing;

3. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

4. Absent submission of the information required by paragraph 3 of this Order, my tentative findings may become final; and

5. Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 21st day of August, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge