IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR449 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JEREMY NANCE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant Jeremy D. Nance's letter addressed To Whom It May Concern (Filing No. 100), which the Court will construe as a motion for copies. The Defendant requests copies of the following documents: Charging Indictment, Plea Agreement, Sentencing Transcript, and/or any additional material pertaining to the Defendant's case.

The Defendant was sentenced on September 4, 2009. An appeal was made from the Judgment entered and a transcript of the sentencing hearing was prepared. The Defendant indicates that he is in the process of preparing legal documents in reference to his case, but does not specify the reason why he needs the documents, and further he does not provide adequate support demonstrating that he is entitled to receive such documents without payment. Nevertheless, the Court will provide the Defendant only with the documents specifically named in his motion.

Accordingly,

IT IS ORDERED:

1. The Court will construe Defendant Jeremy Nance's letter addressed To Whom It May Concern (Filing No. 100) as a motion for copies; and

2. The Clerk shall mail copies of this Order and Defendant Jeremy Nance's Charging Indictment, Plea Agreement, and Sentencing Transcript to the Defendant at his last known address.

DATED this 17th day of July, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge