IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEREMY NANCE,

Defendant.

**8:08CR449**

**ORDER**

This matter is before the Court on the government's Motion for Dismissal (Filing No. 168). The government requests the Court dismiss the Second Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 147). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 168) is granted.
2. The Second Amended Petition for Offender Under Supervision (Filing No. 147) is hereby dismissed without prejudice.
3. The violation hearing set for August 5, 2026, at 1:00 p.m. is cancelled.

Dated this 27th day of July 2026.

BY THE COURT:



Robert F. Rossiter, Jr.
United States District Court Judge